1  L. BRUCE LOCKE (#177787)
   Moss & Locke
2  555 University Avenue, Suite 150
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for
   THERESE JACKSON
5

6                  IN THE UNITED STATES DISTRICT COURT

7                 FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,      )    No.  CR. S-00-489- LKK
                                  )
9             Plaintiff,          )
                                  )    STIPULATION AND ORDER
10                                )    CONTINUING THE ADMIT OR DENY
       v.                         )    HEARING FROM
11                                )    JANUARY 3, 2008  TO
   THERESE JACKSON,               )    JANUARY 29 AT 9:30 A.M.
12                                )
              Defendant.          )
13 _____)

14     The defendant, Therese Jackson, and the United States, by and through their respective

15 attorneys, hereby stipulate that the Admit or Deny hearing currently set for January 3, 2008 should

16 be continued to January 29, 2008 at 9:30 a.m.  The reason for the continuance is that the attorney

17 for the defendant will be in trial before Judge Shubb during January and will be unable to attend a

18 hearing on January 3, 2008.

19     The attorney for the United States, has authorized Bruce Locke to sign this Stipulation and

20 Order for her.

21
   DATED: December 28, 2007            /S/ Bruce Locke
22                                     L. BRUCE LOCKE
                                       Attorney for THERESE JACKSON
23

24
   DATED: December 28, 2007            /S/ Robin Taylor by Bruce Locke
25                                     ROBIN TAYLOR
                                       Attorney for the UNITED STATES
26

27
   IT IS SO ORDERED.
28

29 DATED: January 2, 2008

                                       LAWRENCE K. KARLTON
                                       SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT