L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
THERESE JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  CR. S-00-489- LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| | ) | CONTINUING THE ADMIT OR DENY |
| v. | ) | HEARING FROM |
| | ) | JANUARY 29 , 2008  TO |
| THERESE JACKSON, | ) | FEBRUARY 26, 2008 AT 9:30 A.M. |
| | ) | |
| Defendant. | ) | |

The defendant, Therese Jackson, and the United States, by and through their respective attorneys, hereby stipulate that the Admit or Deny hearing currently set for January 29, 2008 should be continued to February 26, 2008 at 9:30 a.m.  The reason for the continuance is that the attorney for the defendant will be in trial before Judge Shubb during January and the trial will not be completed until mid-February.

The attorney for the United States, has authorized Bruce Locke to sign this Stipulation and Order for her.

DATED: January 18, 2008            /S/ Bruce Locke
                                   L. BRUCE LOCKE
                                   Attorney for THERESE JACKSON

DATED: January 18, 2008            /S/ Robin Taylor by Bruce Locke
                                   ROBIN TAYLOR
                                   Attorney for the UNITED STATES

        IT IS SO ORDERED.

DATED: January 18, 2008
                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT