L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
THERESE JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.   CR. S-00-489- LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| | ) | CONTINUING THE ADMIT OR DENY |
| v. | ) | HEARING FROM |
| | ) | FEBRUARY 26, 2008 TO |
| THERESE JACKSON, | ) | MARCH 4, 2008 AT 9:30 A.M. |
| | ) | |
| Defendant. | ) | |

The defendant, Therese Jackson, and the United States, by and through their respective attorneys, hereby stipulate that the Admit or Deny hearing currently set for February 26, 2008 should be continued to March 4, 2008 at 9:30 a.m.  The reason for the continuance is that the attorney for the defendant will be in Houston, Texas during the week of February 25, 2008.

The attorney for the United States, has authorized Bruce Locke to sign this Stipulation and Order for her.

DATED: February 20, 2008           /S/ Bruce Locke
                                                      L. BRUCE LOCKE
                                                      Attorney for THERESE JACKSON


DATED: February 20, 2008           /S/ Robin Taylor by Bruce Locke
                                                      ROBIN TAYLOR
                                                      Attorney for the UNITED STATES


SO ORDERED

DATED: February 22, 2008
                                                      LAWRENCE K. KARLTON
                                                      SENIOR JUDGE
                                                      UNITED STATES DISTRICT COURT

1